United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| NELSON GARCIA DELGADO ) | |
| ) | |
| VS. ) | CIVIL ACTION NUMBER |
| ) | M-21-0092 |
| BOBBY LUMPKIN, Director, ) | |
| Texas Department of Criminal ) | |
| Justice, Correctional ) | |
| Institutions Division ) | |

<u>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>

The Court has reviewed the Magistrate Judge's Report and Recommendation regarding Petitioner's motion for relief from judgment under Rule 60(b)(3) of the Federal Rules of Civil Procedure. After having reviewed the said Report and Recommendation, and after appropriate review of Movant's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Report and Recommendation entered as Docket Entry Number 31 are hereby adopted by this Court. Accordingly, the pending motion is hereby DENIED, and a certificate of appealability is also DENIED.

The Clerk shall send a copy of this Order to the parties.

DONE on this 18th day of February, 2023, at McAllen, Texas.

_____
Ricardo H. Hinojosa
U.S. DISTRICT JUDGE