United States District Court
Southern District of Texas

**ENTERED**

March 18, 2024

Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

NELSON GARCIA DELGADO                )
                                     )
VS.                                  )      CIVIL ACTION NUMBER
                                     )           M-21-0092
BOBBY LUMPKIN, Director,             )
Texas Department of Criminal         )
Justice, Correctional                )
Institutions Division                )

ORDER ADOPTING MAGISTRATE JUDGE'S
AMENDED REPORT AND RECOMMENDATION

The Court has reviewed the Magistrate Judge's Amended Report and Recommendation regarding Petitioner's application to proceed in forma pauperis on appeal. After having reviewed the said Amended Report and Recommendation, and after appropriate review of Petitioner's objections thereto, the Court is of the opinion that the conclusions in said Amended Report and Recommendation should be adopted by this Court.

It is, therefore, ORDERED, ADJUDGED, and DECREED that the conclusions in United States Magistrate Judge J. Scott Hacker's Amended Report and Recommendation entered as Docket Entry Number 43 are hereby adopted by this Court. Accordingly, the application to proceed in forma pauperis on appeal is DENIED, and the Court CERTIFIES that the appeal of this case is not taken in good faith.

The Clerk shall send a copy of this Order to the parties.

DONE on this 18th day of March, 2024, at McAllen, Texas.

Ricardo H. Hinojosa
U.S. DISTRICT JUDGE